ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: 408-553-0200 F: 408-553-0201
E: rpowell@rrpassociates.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MILLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-cv-02131-TLN-DMC<br><br>ORDER APPOINTING ANNA MILLER AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF S.H. |

## ORDER OF THE COURT

Based on the Application for Appointment of ANNA MILLER as Guardian Ad Litem for minor Plaintiff S.H., submitted on March 21, 2025, and the Points and Authorities and Declarations submitted in support of the order requested, with good cause appearing therefore the Court hereby orders the following:

1. ANNA MILLER is hereby appointed as the Guardian Ad Litem for minor Plaintiff, S.H., for the duration of this case.

**IT IS SO ORDERED.**

DATED: March 24, 2025

_____
Troy L. Nunley
Chief United States District Judge