**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA MILLER, et al., | No. 2:24-CV-2131-TLN-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| COUNTY OF SHASTA, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. Pending before the Court is Plaintiffs' motion for sanctions and attorney's fees. <u>See</u> ECF No. 19. Defendants have filed oppositions. <u>See</u> ECF Nos. 21 and 22. Plaintiffs have filed replies. <u>See</u> ECF Nos. 24 and 25. The parties appeared before the undersigned for a hearing on October 22, 2025, via Zoom. Robert Powell, Esq., appeared for Plaintiffs. John Whitefleet, Esq., and Kevin Gilbert, Esq., appeared for Defendants. After considering the parties' arguments, the Court made various rulings from the bench. This order confirms those rulings.

First, Plaintiffs' motion will be denied because it is procedurally defective for failure to comply with the meet-and-confer requirements of Eastern District of California Local Rule 251. While Plaintiffs contends that the meet-and-confer requirement does not apply because their motion seeks only sanctions, the Court does not agree given that, in addition to sanctions, Plaintiffs seek an order setting various discovery related deadlines and procedures for this case.

1

1        Second, Plaintiffs' motion will be denied as premature in that, in addition to failing
2 to meet and confer, there has been no discovery order issued by this Court which Defendants are
3 alleged to have violated.
4        Third, as to scheduled depositions, those are confirmed to go forward on
5 November 19, 2025, and November 20, 2025.
6        Fourth, as to disputed written discovery, the parties were directed to meet and
7 confer on or before November 12, 2025.  If an agreement could be reached, the parties were
8 directed to file a stipulation regarding disputed discovery.  If an agreement could not be reached,
9 the parties were directed to request an information discovery conference before the undersigned.
10 The latter has occurred.  No stipulation has been presented to the Court and the parties have
11 instead requested an information discovery conference, which is set for November 17, 2025, at
12 11:30 a.m., via Zoom.
13        Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion for sanctions,
14 ECF No. 19, is denied.

16 Dated:  November 14, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE