UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MILLER, individually and as Guardian ad Litem for her child S.H., ANNA MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SHASTA, ALICIA ENDECOTT, DAVID HEDRICK, JENIFER ROWE, ELETRA MONNA, BONNIE BARTLETT, CITY OF REDDING, ORLANDO RABON, MARK MONTGOMERY, and Does 1-10 inclusive,<br><br>Defendants. | Case No. 2:24-cv-02131-TLN-DMC<br><br>**ORDER GRANTING DEFENDANTS CITY OF REDDING, OFFICER ORLONDO RABON, AND DETECTIVE MARK MONTGOMERY'S REQUEST TO SEAL DOCUMENT ATTACHED TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED THAT the below referenced document, in support of Defendants CITY OF REDDING, OFFICER ORLONDO RABON, and DETECTIVE MARK MONTGOMERY's (collectively, "City Defendants") Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, shall be filed under seal, pursuant to Local Rule 140.

**Exhibit A**: Jurisdictional Findings, filed January 9, 2024, in the Superior Court of the State of California for the County of Shasta, Case No. 22JV-32289-01 (Family Court).

IT IS SO ORDERED.

Dated: March 18, 2026

_____
Troy L. Nunley
Chief United States District Judge